Daniel B. Clymo
Attorney at Law
Ca. St. Bar No. 214915
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 447-1200

Attorney for Defendant
Brenda Duke

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>       Plaintiff,                   )<br>                                    )<br>    v.                              )<br>                                    )<br> Brenda Duke, et al.,                )<br>                                    )<br>       Defendants.                  )<br> _____) | CR NO. S-07-250 FCD<br><br>AMENDED STIPULATION AND<br>ORDER CONTINUING TRIAL<br>CONFIRMATION HEARING AND<br>TRIAL DATES<br><br>Date:   July 23, 2007<br>Time:   10:00 a.m.<br>Judge:  Hon. Frank C. Damrell |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Lawrence Brown, Assistant United States Attorney, together with counsel for defendant Brenda Duke, Daniel B. Clymo, and counsel for defendant Joseph Cronin, Mary French, that the status conference be **continued to September 10, 2007, at 10:00 a.m.**, thus **vacating** the status conference now set for July 23, 2007.

   Counsel for the parties agreed that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel reasonable time for effective preparation) and Local Code T4 and agree to excluded time from the date of the filing of the order until the date status conference, September 10, 2007.

1

IT IS SO STIPULATED.

Dated: July 17, 2007            /s/ Daniel B. Clymo
                                DANIEL B. CLYMO
                                Attorney for Defendant
                                Brenda Duke

Dated: July 17, 2007            DANIEL BRODERICK
                                Federal Defender


                                 /s/ Mary French
                                Mary French
                                Assistant Federal Defender
                                for Defendant Joseph Cronin

Dated: July 17, 2007            McGREGOR W. SCOTT
                                United States Attorney


                            by:  /s/ Lawrence Brown
                                Lawrence Brown
                                Assistant U.S. Attorney


   GOOD CAUSE APPEARING, it is hereby ordered that the July 23, 2007 status conference be continued to September 10, 2007 at 10:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to September 10, 2007.

IT IS SO ORDERED.

Dated: July 19, 2007

                                _____
                                FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE