```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    DOUGLAS JOSEPH WILLIAM CRONIN
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-0250 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| | ) |
| DOUGLAS JOSEPH WILLIAM CRONIN, BRENDA DUKE | ) Date: October 15, 2007 |
| | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Frank C. Damrell, Jr. |
| Defendants. | ) |

It is hereby stipulated between the parties, Lawrence Brown, Assistant United States Attorney, attorney for plaintiff, Daniel B. Clymo, attorney for defendant BRENDA DUKE and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant DOUGLAS JOSEPH WILLIAM CRONIN, that the Status Conference hearing date of September 10, 2007, is vacated and a new Status Conference hearing date of October 15, 2007, at 10:00 a.m. is hereby set.

This continuance is requested because counsel for defendants are still in the process of ordering and reviewing medical and other records and are continuing their review of the voluminous discovery in this case.

1    It is further stipulated that the period from September 10, 2007,
2 through and including October 15, 2007, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

5 Dated:   September 6, 2007          Respectfully submitted,

7                                      DANIEL J. BRODERICK
                                       Federal Defender

10                                       /s/ Mary M. French
                                       MARY M. FRENCH
                                       Supervising Assistant
11                                     Federal Defender
                                       Attorney for Defendant
12                                     DOUGLAS JOSEPH WILLIAM CRONIN

14 Dated:   September 6, 2007          /s/  Mary M. French for
                                             Daniel B. Clymo
15                                     _____
                                       DANIEL B. CLYMO
16                                     Attorney for Defendant
                                       BRENDA DUKE
17                                     per telephonic authorization

19 Dated:   September 6, 2007          MCGREGOR W. SCOTT
                                       United States Attorney

21                                     /s/  Mary M. French for
                                             Lawrence Brown
22                                     _____
                                       LAWRENCE BROWN
                                       Assistant U.S. Attorney
23                                     per telephonic authorization

     IT IS SO ORDERED.

25 DATED: September 6, 2007

                                       _____
                                       FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE

Stipulation and Order                     2