```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    DOUGLAS JOSEPH WILLIAM CRONIN
 7

 8
                   IN THE UNITED STATES DISTRICT COURT
 9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,     ) No. 2:07-cr-0250 FCD
                                  )
13            Plaintiff,          )
                                  ) STIPULATION AND ORDER CONTINUING
14       v.                       ) STATUS CONFERENCE
                                  )
15  DOUGLAS JOSEPH WILLIAM CRONIN ) Date:  January 8, 2008
    BRENDA JOYCE DUKE,            ) Time:  10:00 a.m.
16                                ) Judge: Hon. Frank C. Damrell, Jr.
              Defendants.         )
17  _____
```

18        It is hereby stipulated between the parties, Lawrence Brown,

19  Assistant United States Attorney, attorney for plaintiff, Daniel B.

20  Clymo, attorney for defendant BRENDA DUKE and Mary M. French,

21  Supervising Assistant Federal Defender, attorney for defendant DOUGLAS

22  JOSEPH WILLIAM CRONIN, that the Status Conference hearing date of

23  November 19, 2007, is vacated and a new Status Conference hearing date

24  of January 8, 2008, at 10:00 a.m. is hereby set.

25        This continuance is requested because counsel for defendants are

26  still in the process of ordering and reviewing medical, and other

27  records and are continuing their review of the discovery in this case,

28  including recently received audio tapes.

1    It is further stipulated that the period from November 19, 2007,
2 through and including January 8, 2008, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

5 Dated:   November 16, 2007          Respectfully submitted,

7                                      DANIEL J. BRODERICK
                                       Federal Defender

                                        /s/ Mary M. French
9                                      MARY M. FRENCH
                                       Supervising Assistant
10                                     Federal Defender
                                       Attorney for Defendant
11                                     DOUGLAS JOSEPH WILLIAM CRONIN

12
   Dated:   November 16, 2007         /s/  Mary M. French for
13                                         Daniel B. Clymo

                                       _____
14                                     DANIEL B. CLYMO
                                       Attorney for Defendant
15                                     BRENDA DUKE
                                       per telephonic authorization

17 Dated:   November 16, 2007          MCGREGOR W. SCOTT
                                       United States Attorney
18

19                                     /s/  Mary M. French for
                                            Lawrence Brown
20                                     _____
                                       LAWRENCE BROWN
21                                     Assistant U.S. Attorney
                                       per telephonic authorization
22

23      IT IS SO ORDERED.

24 Dated: November 16, 2007

27                                     _____
                                       FRANK C. DAMRELL, JR.
28                                     UNITED STATES DISTRICT JUDGE

2