DANIEL B. CLYMO (SBN 214915)
ATTORNEY AT LAW
1812 "J" Street, # 22
Sacramento, CA. 95814
(916) 447-1200
Fax (916) 447-0931

Attorney for Defendant
BRENDA JOYCE DUKE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRENDA JOYCE DUKE,<br><br>　　　　Defendant. | No. 2:07-cr-0250 FCD<br><br>DEFENDANT'S WAIVER OF APPEARANCE<br><br>Judge: Honorable Frank C. Damrell, Jr. |

　　　　Pursuant to Fed.R.Crim.P. 43, defendant, BRENDA JOYCE DUKE, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, impanelment of jury and imposition of sentence.

　　　　Defendant hereby requests the Court to proceed during every absence of her which the Court may permit pursuant to this waiver and agrees that his interests will be deemed represented at all times by the presence of her attorney, the same as if the defendant were personally present. Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in her absence.

1

The defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C §§ 3161-3174 (The Speedy Trial Act) and authorizes here attorney to set times and delays without her personal appearance.

Dated:  November 15, 2007

  /s/ Brenda Joyce Duke
BRENDA JOYCE DUKE
(Original retained by attorney)

I concur in Ms. Duke's decision to waive her presence at future proceedings.

Dated:  November 15, 2007                                  Respectfully submitted,

  /s/ Daniel B. Clymo
DANIEL B. CLYMO
Attorney at Law
Attorney for Defendant
BRENDA JOYCE DUKE

IT IS SO ORDERED,

Dated:  November 16, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE