1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorney for Defendant
   DOUGLAS JOSEPH WILLIAM CRONIN

7

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. CR-S-07-0250 FCD
                                   )
13                 Plaintiff,      )
                                   )  STIPULATION AND ORDER CONTINUING
14       v.                        )  STATUS CONFERENCE
                                   )
15  DOUGLAS JOSEPH WILLIAM CRONIN, )  Date:  February 25, 2008
    et al.,                        )  Time:  10:00 a.m.
16                                 )  Judge: Hon. Frank C. Damrell, Jr.
                   Defendants.     )
17  _____)

18      It is hereby stipulated between the parties, Lawrence Brown,

19  Assistant United States Attorney, attorney for plaintiff, Daniel B.

20  Clymo, attorney for defendant BRENDA DUKE and Mary M. French,

21  Supervising Assistant Federal Defender, attorney for defendant DOUGLAS

22  JOSEPH WILLIAM CRONIN, that the Status Conference hearing date of

23  February 4, 2008, is vacated and a new Status Conference hearing date

24  of February 25, 2008, at 10:00 a.m. is hereby set.

25      This continuance is requested because counsel for defendants are

26  still in the process of ordering and reviewing medical, and other

27  records and are continuing their review of the discovery in this case.

28      It is further stipulated that the period from February 4, 2008,

1  through and including February 25, 2008, should be excluded pursuant to

2  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

3  counsel and defense preparation.

4  Dated:  January 28, 2008              Respectfully submitted,

5

6                                       DANIEL J. BRODERICK
                                        Federal Defender

7
                                           /s/ Mary M. French
8                                       MARY M. FRENCH
                                        Supervising Assistant
9                                       Federal Defender
                                        Attorney for Defendant
10                                      DOUGLAS JOSEPH WILLIAM CRONIN

11

12  Dated:  January 28, 2008            /s/  Mary M. French for
                                             Daniel B. Clymo

13                                      _____
                                        DANIEL B. CLYMO
                                        Attorney for Defendant
14                                      BRENDA DUKE
                                        per telephonic authorization

15

16  Dated:  January 28, 2008            MCGREGOR W. SCOTT
                                        United States Attorney

17

18                                      /s/  Mary M. French for
                                             Lawrence Brown

19                                      _____
                                        LAWRENCE BROWN
20                                      Assistant U.S. Attorney
                                        per telephonic authorization

21

22  IT IS SO ORDERED.

23

24  Dated: January 28, 2008

25

26                                      _____
                                        FRANK C. DAMRELL, JR.
27                                      UNITED STATES DISTRICT JUDGE

28