```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    DOUGLAS JOSEPH WILLIAM CRONIN
 7
 8
 9                  IN THE UNITED STATES DISTRICT COURT
10                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,       )  No. CR-S-07-0250 FCD
                                    )
13                  Plaintiff,      )
                                    )  STIPULATION AND ORDER CONTINUING
14       v.                         )  STATUS CONFERENCE
                                    )
15  DOUGLAS JOSEPH WILLIAM CRONIN,  )  Date:  March 10, 2008
    et al.,                         )  Time:  10:00 a.m.
16                                  )  Judge: Hon. Frank C. Damrell, Jr.
                     Defendants.    )
17  _____
```

18     It is hereby stipulated between the parties, Lawrence G. Brown,
19 Assistant United States Attorney, attorney for plaintiff, Daniel B.
20 Clymo, attorney for defendant BRENDA DUKE and Mary M. French,
21 Supervising Assistant Federal Defender, attorney for defendant DOUGLAS
22 JOSEPH WILLIAM CRONIN, that the Status Conference hearing date of
23 February 25, 2008, is vacated and a new Status Conference hearing date
24 of March 10, 2008, at 10:00 a.m. is hereby set.
25     This continuance is requested because counsel for defendants are
26 continuing their review of the discovery in this case, and because the
27 parties are working on a resolution of this matter.
28     It is further stipulated that the period from February 25, 2008,

1  through and including March 10, 2008, should be excluded pursuant to 18
2  U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.

4  Dated: February 22, 2008          Respectfully submitted,

6                                    DANIEL J. BRODERICK
                                     Federal Defender

                                       /s/ Mary M. French
8                                    MARY M. FRENCH
                                     Supervising Assistant
9                                    Federal Defender
                                     Attorney for Defendant
10                                   DOUGLAS JOSEPH WILLIAM CRONIN

11
    Dated: February 22, 2008         /s/  Mary M. French for
12                                          Daniel B. Clymo

13                                   _____
                                     DANIEL B. CLYMO
                                     Attorney for Defendant
14                                   BRENDA DUKE
                                     per telephonic authorization

16  Dated: February 22, 2008         MCGREGOR W. SCOTT
                                     United States Attorney

18                                   /s/  Mary M. French for
                                            Lawrence G. Brown
19                                   _____
                                     LAWRENCE G. BROWN
20                                   Assistant U.S. Attorney
                                     per telephonic authorization

22  IT IS SO ORDERED.

24  Dated: February 22, 2008

                                     _____
                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE