1  Daniel B. Clymo
   Attorney at Law
2  Ca. St. Bar No. 214915
   1812 J Street, Suite 22
3  Sacramento, CA  95814
   Telephone:  (916) 447-1220
4
   Attorney for Defendant
5  Brenda Duke

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )    2:07-cr-0250 FCD
                                  )
11           Plaintiff,           )    STIPULATION AND
                                  )    ORDER CONTINUING
12      v.                        )    STATUS CONFERENCE
                                  )
13 Douglas Cronin                 )
   and Brenda Duke,               )
14                                )    Date:   3/10/08
             Defendants.          )    Time:   10:00 a.m.
15 _____)Judge:  Hon. Frank C. Damrell, Jr.

16      IT IS HEREBY stipulated between the United States of America

17 through its undersigned counsel, Lawrence G. Brown, Esq.,

18 Assistant United States Attorney, together with counsel for

19 defendant Brenda Duke, Daniel B. Clymo Esq., and counsel for

20 defendant Douglas Cronin, Mary M. French, Esq., that the status

21 conference presently set for March 10, 2008 be **continued to**

22 **April 28, 2008, at 10:00 a.m.**, thus **vacating** the presently set

23 status conference.  Counsel for the parties agree that this is an

24 appropriate exclusion of time within the meaning of Title 18,

25 United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/

26 reasonable time for effective preparation as well as further

27 ongoing settlement discussions) and Local Code T4, and agree to

28 exclude time from the date of the filing of the order until the

                                 1

1  date of the status conference April 28, 2008.

2

3  IT IS SO STIPULATED.

4  Dated: March 6, 2008                    /s/ Daniel B. Clymo
                                          DANIEL B. CLYMO
5                                         Attorney for Defendant
                                          Brenda Duke
6
   Dated: March 6, 2008                    /s/ Mary French
7                                         MARY FRENCH
                                          Attorney for Defendant
8                                         Douglas Cronin

9
   Dated: March 6, 2008                   McGREGOR W. SCOTT
10                                        United States Attorney

11
                                     by:  /s/ Lawrence Brown
12                                        Lawrence Brown
                                          Assistant U.S. Attorney
13

14         IT IS SO ORDERED.

15  Dated: March 6, 2008

16

17

18                                   _____
           FRANK C. DAMRELL, JR.
19         UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28