```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    DOUGLAS JOSEPH WILLIAM CRONIN
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      ) No. 2:07-cr-0250 FCD
                                   )
13              Plaintiff,         )
                                   ) STIPULATION AND ORDER CONTINUING
14       v.                        ) STATUS CONFERENCE
                                   )
15  DOUGLAS JOSEPH WILLIAM CRONIN, ) Date:  June 9, 2008
    et al.,                        ) Time:  10:00 a.m.
16                                 ) Judge: Hon. Frank C. Damrell, Jr.
                Defendants.        )
17  _____
```

18       It is hereby stipulated between the parties, Lawrence G. Brown,

19  Assistant United States Attorney, attorney for plaintiff, Daniel B.

20  Clymo, attorney for defendant BRENDA DUKE and Mary M. French,

21  Supervising Assistant Federal Defender, attorney for defendant DOUGLAS

22  JOSEPH WILLIAM CRONIN, that the Status Conference hearing date of

23  April 28, 2008, is vacated and a new Status Conference hearing date of

24  June 9, 2008, at 10:00 a.m. is hereby set.

25       This continuance is requested because counsel for defendants are

26  continuing their review of the discovery in this case, and because the

27  parties are working on a resolution of this matter.

28       It is further stipulated that the period from April 28, 2008,

1  through and including June 9, 2008, should be excluded pursuant to 18
2  U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.

4  Dated:  April 24, 2008                Respectfully submitted,

6                                        DANIEL J. BRODERICK
                                         Federal Defender

                                          /s/ Mary M. French
8                                        MARY M. FRENCH
                                         Supervising Assistant
9                                        Federal Defender
                                         Attorney for Defendant
10                                       DOUGLAS JOSEPH WILLIAM CRONIN

12 Dated:  April  24, 2008                /s/  Mary M. French for
                                                Daniel B. Clymo

13                                       _____
                                         DANIEL B. CLYMO
                                         Attorney for Defendant
14                                       BRENDA DUKE
                                         per telephonic authorization

16 Dated:  April 24, 2008                 MCGREGOR W. SCOTT
                                         United States Attorney

18                                       /s/  Mary M. French for
                                                Lawrence G. Brown
19                                       _____
                                         LAWRENCE G. BROWN
20                                       Assistant U.S. Attorney
                                         per telephonic authorization

22      IT IS SO ORDERED.

23 Dated: April 24, 2008

                                         _____
                                         FRANK C. DAMRELL, JR.
26                                       United States District Judge

Stipulation and Order/Cronin             2