```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    DOUGLAS JOSEPH WILLIAM CRONIN
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    ) No. CR-S-07-0250 FCD
                                 )
13            Plaintiff,         )
                                 ) STIPULATION AND ORDER CONTINUING
14       v.                      ) STATUS CONFERENCE
                                 )
15  DOUGLAS JOSEPH WILLIAM CRONIN,) Date:  July 21, 2008
    et al.,                      ) Time:  10:00 a.m.
16                               ) Judge: Hon. Frank C. Damrell, Jr.
              Defendants.        )
17  _____
```

18      It is hereby stipulated between the parties, Lawrence G. Brown,

19 Assistant United States Attorney, attorney for plaintiff, Daniel B.

20 Clymo, attorney for defendant BRENDA DUKE and Mary M. French,

21 Supervising Assistant Federal Defender, attorney for defendant DOUGLAS

22 JOSEPH WILLIAM CRONIN, that the Status Conference hearing date of

23 June 9, 2008, is vacated and a new Status Conference hearing date of

24 July 21, 2008, at 10:00 a.m. is hereby set.

25      This continuance is requested because counsel for defendants are

26 continuing their review of the discovery in this case, and because the

27 parties are working on a resolution of this matter.

28      It is further stipulated that the period from June 9, 2008,

through and including July 21, 2008, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  June 6, 2008                    Respectfully submitted,


                                        DANIEL J. BRODERICK
                                        Federal Defender

                                         /s/ Mary M. French
                                        MARY M. FRENCH
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        DOUGLAS JOSEPH WILLIAM CRONIN


Dated:  June 6, 2008                    /s/  Mary M. French for
                                             Daniel B. Clymo
                                        _____
                                        DANIEL B. CLYMO
                                        Attorney for Defendant
                                        BRENDA DUKE
                                        per telephonic authorization


Dated:  June 6, 2008                    MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/  Mary M. French for
                                             Lawrence G. Brown
                                        _____
                                        LAWRENCE G. BROWN
                                        Assistant U.S. Attorney
                                        per telephonic authorization


IT IS SO ORDERED.

Dated: June 6, 2008                     [signature]
                                        _____
                                        FRANK C. DAMRELL, JR.
                                        United States District Judge