```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    DOUGLAS JOSEPH WILLIAM CRONIN
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,      )  No. CR-S-07-0250 FCD
                                   )
13             Plaintiff,          )
                                   )  STIPULATION AND ORDER CONTINUING
14      v.                         )  STATUS CONFERENCE
                                   )
15  DOUGLAS JOSEPH WILLIAM CRONIN, )  Date:  September 22, 2008
    et al.,                        )  Time:  10:00 a.m.
16                                 )  Judge: Hon. Frank C. Damrell, Jr.
               Defendants.         )
17  _____)
```

18      It is hereby stipulated between the parties, Lawrence G. Brown,
19 Assistant United States Attorney, attorney for plaintiff, Daniel B.
20 Clymo, attorney for defendant BRENDA DUKE and Mary M. French,
21 Supervising Assistant Federal Defender, attorney for defendant DOUGLAS
22 JOSEPH WILLIAM CRONIN, that the Status Conference hearing date of
23 July 21, 2008, is vacated and a new Status Conference hearing date of
24 September 22, 2008, at 10:00 a.m. is hereby set.
25      This continuance is requested because counsel for defendants are
26 continuing their review of the discovery in this case, and because the
27 parties are working on a resolution of this matter.
28      It is further stipulated that the period from July 21, 2008,

through and including September 22, 2008, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: July 17, 2008                Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Mary M. French
                                    MARY M. FRENCH
                                    Supervising Assistant
                                    Federal Defender
                                    Attorney for Defendant
                                    DOUGLAS JOSEPH WILLIAM CRONIN

Dated: July 17, 2008                /s/ Mary M. French for
                                        Daniel B. Clymo

                                    DANIEL B. CLYMO
                                    Attorney for Defendant
                                    BRENDA DUKE
                                    per telephonic authorization

Dated: July 17, 2008                MCGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Mary M. French for
                                        Lawrence G. Brown

                                    LAWRENCE G. BROWN
                                    Assistant U.S. Attorney
                                    per telephonic authorization

IT IS SO ORDERED.

Dated: July 18, 2008

                                    FRANK C. DAMRELL, JR.
                                    United States District Judge