```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    DOUGLAS JOSEPH WILLIAM CRONIN
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    ) No. CR-S-07-0250 FCD
                                 )
13              Plaintiff,       )
                                 ) STIPULATION AND ORDER CONTINUING
14       v.                      ) STATUS CONFERENCE
                                 )
15  DOUGLAS JOSEPH WILLIAM CRONIN,) Date: November 17, 2008
    et al.,                      ) Time: 10:00 a.m.
16                               ) Judge: Hon. Frank C. Damrell, Jr.
                Defendants.      )
17  _____)
```

18       It is hereby stipulated between the parties, Lawrence Brown,

19  Assistant United States Attorney, attorney for plaintiff, Candace Anne

20  Fry, attorney for defendant BRENDA DUKE and Mary M. French, Supervising

21  Assistant Federal Defender, attorney for defendant DOUGLAS JOSEPH

22  WILLIAM CRONIN, that the Status Conference hearing date of

23  October 20, 2008, is vacated and a new Status Conference hearing date

24  of November 17, 2008, at 10:00 a.m. is hereby set.

25       This continuance is requested because the parties are discussing a

26  resolution and a new attorney is being appointed for Brenda Duke

27  because her attorney is moving out of the district.

28  ///

1    It is further stipulated that the period from October 20, 2008,
2 through and including November 17, 2008, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

5 Dated: October 20, 2008                Respectfully submitted,

6

7                                         DANIEL J. BRODERICK
                                          Federal Defender
8
                                          /s/ Mary M. French
9                                         MARY M. FRENCH
                                          Supervising Assistant
10                                        Federal Defender
                                          Attorney for Defendant
11                                        DOUGLAS JOSEPH WILLIAM CRONIN

12
Dated: October 20, 2008                   /s/  Mary M. French for
13                                             Candace Anne Fry

14                                        _____
                                          CANDACE ANNE FRY
                                          Attorney for Defendant
15                                        BRENDA DUKE
                                          per telephonic authorization

16

17 Dated: October 20, 2008                MCGREGOR W. SCOTT
                                          United States Attorney
18

19                                        /s/  Mary M. French for
                                               Lawrence G. Brown
20                                        _____
                                          LAWRENCE G. BROWN
21                                        Assistant U.S. Attorney
                                          per telephonic authorization
22

23 IT IS SO ORDERED.

24

25 Dated:   October 20, 2008

26                                        _____
                                          FRANK C. DAMRELL, JR.
27                                        United States District Judge

28

Stipulation and Order/Cronin              2