```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    DOUGLAS JOSEPH WILLIAM CRONIN
 7
 8
 9                IN THE UNITED STATES DISTRICT COURT
10               FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,      ) No. CR-S-07-0250 FCD
                                   )
13              Plaintiff,         )
                                   ) STIPULATION AND ORDER CONTINUING
14     v.                          ) STATUS CONFERENCE
                                   )
15  DOUGLAS JOSEPH WILLIAM CRONIN, ) Date:  February 2, 2009
    et al.,                        ) Time:  10:00 a.m.
16                                 ) Judge: Frank C. Damrell, Jr.
              Defendants.          )
17  _____)
```

18   It is hereby stipulated between the parties, Lawrence G. Brown,
19 Assistant United States Attorney, attorney for plaintiff, Candace Ann
20 Fry, attorney for defendant BRENDA DUKE, and Mary M. French,
21 Supervising Assistant Federal Defender, attorney for defendant DOUGLAS
22 JOSEPH WILLIAM CRONIN, that the Status Conference hearing date of
23 December 15, 2008, be vacated and a new Status Conference hearing date
24 of February 2, 2009, at 10:00 a.m. be set.
25   This continuance is requested because negotiations are still
26 ongoing between the parties and additional time is needed to reach a
27 final resolution.
28 ///

It is further stipulated that the period from December 15, 2008, through and including February 2, 2009, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: December 11, 2008          Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Mary M. French*
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
DOUGLAS JOSEPH WILLIAM CRONIN

Dated: December 11, 2008          */s/  Mary M. French for*
                                        *Candace Ann Fry*
                                  _____
                                  CANDACE ANN FRY
                                  Attorney for Defendant
                                  BRENDA DUKE

Dated: December 11, 2008          MCGREGOR W. SCOTT
                                  United States Attorney

                                  */s/  Mary M. French for*
                                        *Lawrence G. Brown*
                                  _____
                                  LAWRENCE G. BROWN
                                  Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:   December 12, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE