```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    DOUGLAS JOSEPH WILLIAM CRONIN
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,     ) No. CR-S-07-0250 FCD
                                  )
13              Plaintiff,        )
                                  ) STIPULATION AND ORDER CONTINUING
14      v.                        ) STATUS CONFERENCE
                                  )
15  DOUGLAS JOSEPH WILLIAM CRONIN,) Date:  March 2, 2009
    et al.,                       ) Time:  10:00 a.m.
16                                ) Judge: Frank C. Damrell, Jr.
                Defendants.       )
17  _____)
```

18     It is hereby stipulated between the parties, Lawrence G. Brown,
19 Acting United States Attorney, attorney for plaintiff, Candace Ann Fry,
20 attorney for defendant BRENDA DUKE, and Mary M. French, Supervising
21 Assistant Federal Defender, attorney for defendant DOUGLAS JOSEPH
22 WILLIAM CRONIN, that the Status Conference hearing date of February 2,
23 2009, be vacated and a new Status Conference hearing date of March 2,
24 2009, at 10:00 a.m. be set.
25     This continuance is requested because the parties are still
26 working on a resolution.
27 ///
28 ///

1    It is further stipulated that the period from February 2, 2009,
2 through and including March 2, 2009, should be excluded pursuant to 18
3 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

5 Dated: January 29, 2009             Respectfully submitted,

7                                      DANIEL J. BRODERICK
                                       Federal Defender

                                       */s/ Mary M. French*
9                                      MARY M. FRENCH
                                       Supervising Assistant
10                                     Federal Defender
                                       Attorney for Defendant
11                                     DOUGLAS JOSEPH WILLIAM CRONIN

12 Dated: January 29, 2009             */s/  Mary M. French for*
13                                     *     Candace Ann Fry*
                                       _____
14                                     CANDACE ANN FRY
                                       Attorney for Defendant
15                                     BRENDA DUKE

17 Dated: January 29, 2009             LAWRENCE G. BROWN
                                       Acting United States Attorney

19                                     */s/  Mary M. French for*
                                       *     Lawrence G. Brown*
20                                     _____
                                       LAWRENCE G. BROWN
21                                     Acting United States Attorney

22 **IT IS SO ORDERED**.

23 Dated:   January 29, 2009

26                                     _____
                                       FRANK C. DAMRELL, JR.
27                                     UNITED STATES DISTRICT JUDGE

Stipulation and Order                2