```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    DOUGLAS JOSEPH WILLIAM CRONIN
 7
 8
 9                 IN THE UNITED STATES DISTRICT COURT
10                FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,      ) No. CR-S-07-0250 FCD
                                   )
13              Plaintiff,         )
                                   ) STIPULATION AND ORDER CONTINUING
14       v.                        ) STATUS CONFERENCE
                                   )
15  DOUGLAS JOSEPH WILLIAM CRONIN, ) Date:  March 9, 2009
    et al.,                        ) Time:  10:00 a.m.
16                                 ) Judge: Frank C. Damrell, Jr.
                Defendants.        )
17  _____ )
```

18     It is hereby stipulated between the parties, Lawrence G. Brown,
19 Acting United States Attorney, attorney for plaintiff, Candace Ann Fry,
20 attorney for defendant BRENDA DUKE, and Mary M. French, Supervising
21 Assistant Federal Defender, attorney for defendant DOUGLAS JOSEPH
22 WILLIAM CRONIN, that the Status Conference hearing date of March 2,
23 2009, be vacated and a new Status Conference hearing date of March 9,
24 2009, at 10:00 a.m. be set.
25     This continuance is requested because the government is reviewing
26 materials provided by the defense and needs more time to discuss the
27 matter with the case agents.
28 ///

1  It is further stipulated that the period from March 2, 2009,
2 through and including March 9, 2009, should be excluded pursuant to 18
3 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

5 Dated: February 26, 2009          Respectfully submitted,

7                                   DANIEL J. BRODERICK
                                    Federal Defender

                                    */s/ Mary M. French*
9                                   MARY M. FRENCH
                                    Supervising Assistant
10                                  Federal Defender
                                    Attorney for Defendant
11                                  DOUGLAS JOSEPH WILLIAM CRONIN

13 Dated: February 26, 2009         */s/  Mary M. French for*
                                    *Candace Ann Fry*
14                                  _____
                                    CANDACE ANN FRY
15                                  Attorney for Defendant
                                    BRENDA DUKE

17 Dated: February 26, 2009         LAWRENCE G. BROWN
                                    Acting United States Attorney

19                                  */s/  Mary M. French for*
                                    *Lawrence G. Brown*
20                                  _____
                                    LAWRENCE G. BROWN
21                                  Acting United States Attorney

22 **IT IS SO ORDERED**.

23 Dated: February 26, 2009

                                    _____
                                    FRANK C. DAMRELL, JR.
26                                  UNITED STATES DISTRICT JUDGE

Stipulation and Order              2