1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   DOUGLAS JOSEPH WILLIAM CRONIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-0250 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| | ) |
| DOUGLAS JOSEPH WILLIAM CRONIN, et al., | ) Date: March 30, 2009 |
| | ) Time: 10:00 a.m. |
| | ) Judge: Frank C. Damrell, Jr. |
| Defendants. | ) |

It is hereby stipulated between the parties, Lawrence G. Brown, Acting United States Attorney, attorney for plaintiff, Candace Ann Fry, attorney for defendant BRENDA DUKE, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant DOUGLAS JOSEPH WILLIAM CRONIN, that the Status Conference hearing date of March 9, 2009, be vacated and a new Status Conference hearing date of March 30, 2009, at 10:00 a.m. be set.

This continuance is requested because the government is reviewing materials provided by the defense and needs more time to discuss the matter with the case agents.

///

It is further stipulated that the period from March 9, 2009, through and including March 30, 2009, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: March 3, 2009                        Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Mary M. French*
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
DOUGLAS JOSEPH WILLIAM CRONIN

Dated: March 3, 2009                        */s/ Mary M. French for*
                                            *Candace Ann Fry*

_____
CANDACE ANN FRY
Attorney for Defendant
BRENDA DUKE

Dated: March 3, 2009                        LAWRENCE G. BROWN
                                            Acting United States Attorney

*/s/ Mary M. French for*
*Lawrence G. Brown*

_____
LAWRENCE G. BROWN
Acting United States Attorney

**IT IS SO ORDERED.**

Dated: March 3, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT COURT

Stipulation and Order                        2