1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   DOUGLAS JOSEPH WILLIAM CRONIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-0250 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| | ) |
| DOUGLAS JOSEPH WILLIAM CRONIN, et al., | ) Date: May 18, 2009 |
| | ) Time: 10:00 a.m. |
| | ) Judge: Frank C. Damrell, Jr. |
| Defendants. | ) |

It is hereby stipulated between the parties, Lawrence G. Brown, Acting United States Attorney, attorney for plaintiff, Candace Ann Fry, attorney for defendant BRENDA DUKE, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant DOUGLAS JOSEPH WILLIAM CRONIN, that the Status Conference hearing date of April 27, 2009, be vacated and a new Status Conference hearing date of May 18, 2009, at 10:00 a.m. be set.

This continuance is requested because defense counsel is waiting to receive the final plea agreement from Mr. Brown and will need more time to review and discuss the plea agreement with the defendants.

///

It is further stipulated that the period from April 27, 2009, through and including May 18, 2009, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: April 24, 2009              Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Mary M. French*
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
DOUGLAS JOSEPH WILLIAM CRONIN

Dated: April 24, 2009              */s/ Mary M. French for*
                                   *Candace Ann Fry*
                                   _____
                                   CANDACE ANN FRY
                                   Attorney for Defendant
                                   BRENDA DUKE

Dated: April 24, 2009              LAWRENCE G. BROWN
                                   Acting United States Attorney

                                   */s/ Mary M. French for*
                                   *Lawrence G. Brown*
                                   _____
                                   LAWRENCE G. BROWN
                                   Acting United States Attorney

**IT IS SO ORDERED.**

Dated: April 24, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order              2