1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   DOUGLAS JOSEPH WILLIAM CRONIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-07-0250 FCD |
| Plaintiff, | |
| | STIPULATION AND ORDER CONTINUING |
| v. | STATUS CONFERENCE |
| DOUGLAS JOSEPH WILLIAM CRONIN, et al., | Date: June 15, 2009<br>Time: 10:00 a.m. |
| Defendants. | Judge: Frank C. Damrell, Jr. |

It is hereby stipulated between the parties, Lawrence G. Brown, Acting United States Attorney, attorney for plaintiff, Candace Ann Fry, attorney for defendant BRENDA DUKE, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant DOUGLAS JOSEPH WILLIAM CRONIN, that the Status Conference hearing date of May 18, 2009, be vacated and a new Status Conference hearing date of June 15, 2009, at 10:00 a.m. be set.

This continuance is requested because defense counsel needs more time to complete the process of meeting with Mr. Cronin to review his options with him.

///

It is further stipulated that the period from May 18, 2009, through and including June 15, 2009, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: May 14, 2009  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Mary M. French*
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
DOUGLAS JOSEPH WILLIAM CRONIN

Dated: May 14, 2009  */s/ Mary M. French for Candace Ann Fry*

CANDACE ANN FRY
Attorney for Defendant
BRENDA DUKE

Dated: May 14, 2009  LAWRENCE G. BROWN
Acting United States Attorney

*/s/ Mary M. French for Lawrence G. Brown*

LAWRENCE G. BROWN
Acting United States Attorney

**IT IS SO ORDERED.**

Dated: May 14, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE