```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   DOUGLAS JOSEPH WILLIAM CRONIN
7
8
```

9                    IN THE UNITED STATES DISTRICT COURT

10                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| | | |
|---|---|---|
| 12 | UNITED STATES OF AMERICA, ) | No. CR.S-07-0250 FCD |
| 13 | Plaintiff, ) | |
| 14 | v. ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| 15 | DOUGLAS JOSEPH WILLIAM CRONIN, ) et al., ) | Date:  June 22, 2009 Time:  10:00 a.m. |
| 16 | Defendants. ) | Judge: Frank C. Damrell, Jr. |
| 17 | _____ ) | |

18      It is hereby stipulated between the parties, Lawrence G. Brown,

19 Acting United States Attorney, attorney for plaintiff, Candace Ann Fry,

20 attorney for defendant BRENDA DUKE, and Mary M. French, Supervising

21 Assistant Federal Defender, attorney for defendant DOUGLAS JOSEPH

22 WILLIAM CRONIN, that the Status Conference hearing date of June 15,

23 2009, be vacated and a new Status Conference hearing date of June 22,

24 2009, at 10:00 a.m. be set.

25      This continuance is requested because defense counsel needs more

26 time to meet with Mr. Cronin to review his options with him.

27 ///

28 ///

1    It is further stipulated that the period from June 15, 2009,
2 through and including June 22, 2009, should be excluded pursuant to 18
3 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

5 Dated: June 11, 2009                    Respectfully submitted,

7                                         DANIEL J. BRODERICK
                                          Federal Defender

                                          */s/ Mary M. French*
9                                         MARY M. FRENCH
                                          Supervising Assistant
10                                        Federal Defender
                                          Attorney for Defendant
11                                        DOUGLAS JOSEPH WILLIAM CRONIN

13 Dated: June 11, 2009                   */s/  Mary M. French for*
                                          *     Candace Ann Fry*
14                                        _____
                                          CANDACE ANN FRY
15                                        Attorney for Defendant
                                          BRENDA DUKE

17 Dated: June 11, 2009                   LAWRENCE G. BROWN
                                          Acting United States Attorney

19                                        */s/  Mary M. French for*
                                          *     Lawrence G. Brown*
20                                        _____
                                          LAWRENCE G. BROWN
21                                        Acting United States Attorney

22 **IT IS SO ORDERED**.

23 Dated: June 11, 2009

25                                        _____
                                          FRANK C. DAMRELL, JR.
26                                        UNITED STATES DISTRICT JUDGE

Stipulation and Order                     2