```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    DOUGLAS JOSEPH WILLIAM CRONIN
 7
 8
 9                IN THE UNITED STATES DISTRICT COURT
10               FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,    ) No. CR. S-07-0250 FCD
                                 )
13            Plaintiff,         )
                                 ) STIPULATION AND ORDER CONTINUING
14       v.                      ) STATUS CONFERENCE
                                 )
15  DOUGLAS JOSEPH WILLIAM CRONIN,) Date:  August 10, 2009
    et al.,                      ) Time:  10:00 a.m.
16                               ) Judge: Frank C. Damrell, Jr.
            Defendants.          )
17  _____)
```

18    It is hereby stipulated between the parties, Lawrence G. Brown,
19 Acting United States Attorney, attorney for plaintiff, Candace Ann Fry,
20 attorney for defendant BRENDA DUKE, and Mary M. French, Supervising
21 Assistant Federal Defender, attorney for defendant DOUGLAS JOSEPH
22 WILLIAM CRONIN, that the Status Conference hearing date of June 22,
23 2009, be vacated and a new Status Conference hearing date of August 10,
24 2009, at 10:00 a.m. be set.
25    This continuance is requested because defense counsel needs more
26 time to meet with Mr. Cronin to review his options with him.
27 ///
28 ///

1    It is further stipulated that the period from June 22, 2009,
2 through and including August 10, 2009, should be excluded pursuant to
3 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

5 Dated: June 22, 2009                    Respectfully submitted,

7                                          DANIEL J. BRODERICK
                                           Federal Defender

                                           */s/ Mary M. French*
9                                          MARY M. FRENCH
                                           Supervising Assistant
10                                         Federal Defender
                                           Attorney for Defendant
11                                         DOUGLAS JOSEPH WILLIAM CRONIN

13 Dated: June 22, 2009                    */s/  Mary M. French for*
                                           *Candace Ann Fry*
14                                         _____
                                           CANDACE ANN FRY
15                                         Attorney for Defendant
                                           BRENDA DUKE

17 Dated: June 22, 2009                    LAWRENCE G. BROWN
                                           Acting United States Attorney

19                                         */s/  Mary M. French for*
                                           *Lawrence G. Brown*
20                                         _____
                                           LAWRENCE G. BROWN
21                                         Acting United States Attorney

22      **IT IS SO ORDERED.**

23 Dated: June 22, 2009

25                                         _____
                                           FRANK C. DAMRELL, JR.
                                           UNITED STATES DISTRICT JUDGE

Stipulation and Order                      2