```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  DOUGLAS JOSEPH WILLIAM CRONIN

 7

 8               IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  No. CR. S-07-0250 FCD
                                  )
12              Plaintiff,        )
                                  )  STIPULATION AND ORDER CONTINUING
13       v.                       )  STATUS CONFERENCE/ CHANGE OF PLEA
                                  )
14  DOUGLAS JOSEPH WILLIAM CRONIN,)  Date:  September 8, 2009
    et al.,                       )  Time:  10:00 a.m.
15                                )  Judge: Frank C. Damrell, Jr.
                Defendants.       )
16  _____)
```

17       It is hereby stipulated between the parties, Lawrence G. Brown,

18  United States Attorney, attorney for plaintiff, Candace Ann Fry,

19  attorney for defendant BRENDA DUKE, and Linda C. Harter, Chief

20  Assistant Federal Defender, attorney for defendant DOUGLAS JOSEPH

21  WILLIAM CRONIN, that the Status Conference/Change of Plea hearing date

22  of August 24, 2009 be vacated and a new Status Conference/Change of

23  Plea hearing date of September 8, 2009 at 10:00 a.m. be set.

24       The parties have been exploring possible resolutions of both cases

25  and have reached an agreement as to settlement, but, need more time to

26  put that agreement in writing and have it reviewed by defense counsels'

27  respective clients.

28       It is further stipulated that the period from August 24, 2009

1  through and including September 8, 2009, should be excluded pursuant to
2  18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.

4  Dated:  August 21, 2009              Respectfully submitted,

5                                       DANIEL J. BRODERICK
                                        Federal Defender
6

7                                       */s/ Linda C. Harter*
                                        LINDA C. HARTER
8                                       Chief Assistant Federal Defender
                                        Attorney for Defendant
9                                       DOUGLAS JOSEPH WILLIAM CRONIN

10

11 Dated:  August 21, 2009              */s/  Linda C. Harter for
                                              Candace Ann Fry*
12                                      _____
                                        CANDACE ANN FRY
13                                      Attorney for Defendant
                                        BRENDA DUKE
14

15 Dated:  August 21, 2009              LAWRENCE G. BROWN
                                        United States Attorney
16

17                                      */s/  Linda C. Harter for
                                              Lawrence G. Brown*
18                                      _____
                                        LAWRENCE G. BROWN
19                                      United States Attorney

20

21     **IT IS SO ORDERED**.

22 Dated: August 21, 2009

23                                      _____
                                        FRANK C. DAMRELL, JR.
24                                      UNITED STATES DISTRICT JUDGE

25

26

27

28

Stipulation and Order                   2