```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  DOUGLAS JOSEPH WILLIAM CRONIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-0250 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE AND JUDGMENT & |
| ) | SENTENCING |
| DOUGLAS JOSEPH WILLIAM CRONIN, ) et al., ) | |
| ) | Date:  January 5, 2010 |
| Defendants. ) | Time:  10:00 a.m. |
| _____ ) | Judge: Frank C. Damrell, Jr. |

It is hereby stipulated between the parties, Lawrence G. Brown, United States Attorney, attorney for plaintiff; Candace Ann Fry, attorney for defendant BRENDA DUKE; and Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant DOUGLAS JOSEPH WILLIAM CRONIN, that the Status Conference/Judgment and Sentencing hearing date of November 16, 2009 be vacated and a new Status Conference/Judgment and Sentencing hearing date of January 5, 2010 at 10:00 a.m. be set.

This continuance is requested as Mr. Cronin recently had surgery for cancer of the kidney and was unavailable to meet with the probation officer to conduct his interview prior to undersigned counsel leaving

1 for her pre-arranged vacation.  All parties are in agreement to
2 continue the status conference for Ms. Duke and the judgment and
3 sentencing hearing for Mr. Cronin until after defense counsel's return
4 from vacation.

5   The new briefing schedule will be as follows:

|  | **Old Date** | **New Date** |
|---|---|---|
| Draft PSR | 10/13/09 | 11/17/09 |
| Objections to PSR | 10/26/09 | 12/01/09 |
| PSR | 11/02/09 | 12/08/09 |
| Motion/Correct PSR | 11/09/09 | 12/15/09 |

11   It is further stipulated that the period from November 16, 2009
12 through and including January 5, 2010, should be excluded pursuant to
13 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of
14 counsel and defense preparation.

15 Dated:  October 8, 2009            Respectfully submitted,

16                                    DANIEL J. BRODERICK
                                      Federal Defender
17

18                                    /s/ Linda C. Harter
                                      LINDA C. HARTER
19                                    Chief Assistant Federal Defender
                                      Attorney for Defendant
20                                    DOUGLAS JOSEPH WILLIAM CRONIN

21 Dated:  October 8, 2009
                                      /s/ Linda C. Harter for
22                                    CANDACE ANN FRY
                                      Attorney for Defendant
23                                    BRENDA DUKE

24

25 Dated:  October 8, 2009            LAWRENCE G. BROWN
                                      United States Attorney
26

27                                    /s/Linda C. Harter for
                                      LAWRENCE G. BROWN
28                                    United States Attorney

Stipulation and Order              2

1
2                                    **O R D E R**
3   **IT IS SO ORDERED.**
4   Dated: October 8, 2009
5
6
7   _____
    FRANK C. DAMRELL, JR.
8   UNITED STATES DISTRICT JUDGE