```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  DOUGLAS JOSEPH WILLIAM CRONIN
7
```

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) No. CR.S-07-0250 FCD |
|----|---|---|
| 12 | Plaintiff, | ) |
| 13 | v. | ) STIPULATION AND ORDER CONTINUING<br>) STATUS CONFERENCE AND JUDGMENT &<br>) SENTENCING |
| 14 | DOUGLAS JOSEPH WILLIAM CRONIN, et al., | ) |
| 15 | | ) Date: January 25, 2010 |
| 16 | Defendants. | ) Time: 10:00 a.m.<br>) Judge: Frank C. Damrell, Jr. |

17

18       It is hereby stipulated between the parties, Lawrence G. Brown,

19  United States Attorney, attorney for plaintiff; Candace Ann Fry,

20  attorney for defendant BRENDA DUKE; and Linda C. Harter, Chief

21  Assistant Federal Defender, attorney for defendant DOUGLAS JOSEPH

22  WILLIAM CRONIN, that the Status Conference/Judgment and Sentencing

23  hearing date of January 5, 2010 be vacated and a new Status

24  Conference/Judgment and Sentencing hearing date of January 25, 2010 at

25  10:00 a.m. be set.

26       This continuance is requested as Mr. Cronin recently had surgery

27  for cancer of the kidney and has been unavailable to meet with the

28  probation officer to conduct an interview.  However, his medical

1  condition is improving, and a probation interview has now been
2  scheduled for next week.  All parties are in agreement to continue the
3  status conference for Ms. Duke and the judgment and sentencing hearing
4  for Mr. Cronin to allow probation sufficient time to draft their
5  presentence investigation report.
6       The new briefing schedule will be as follows:

|                    | **Old Date** | **New Date** |
|--------------------|--------------|--------------|
| Draft PSR          | 11/17/09     | 12/07/09     |
| Objections to PSR  | 12/01/09     | 12/21/09     |
| PSR                | 12/08/09     | 12/28/09     |
| Motion/Correct PSR | 12/15/09     | 01/04/10     |

12       It is further stipulated that the period from January 5, 2010
13  through and including January 25, 2010, should be excluded pursuant to
14  18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of
15  counsel and defense preparation.
16  Dated:  November 12, 2009

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        DOUGLAS JOSEPH WILLIAM CRONIN


Dated:  November 12, 2009
                                        /s/ Linda C. Harter for
                                        CANDACE ANN FRY
                                        Attorney for Defendant
                                        BRENDA DUKE

///

///

Stipulation and Order                   2

```
 1  Dated:  November 12, 2009            BEN WAGNER
                                         United States Attorney
 2

 3                                       /s/ Linda C. Harter for
                                         LAWRENCE G. BROWN
 4                                       Assistant United States Attorney

 5

 6                               O R D E R

 7  IT IS SO ORDERED.

 8  Dated: November 12, 2009

 9                                       _____
                                         FRANK C. DAMRELL, JR.
10                                       UNITED STATES DISTRICT JUDGE
```

Stipulation and Order                3