```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JARED DOLAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-27982767
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:07-cr-0250 FCD |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS |
| ) | PURSUANT TO RULE 48 OF THE |
| v. ) | FEDERAL RULES OF CRIMINAL |
| ) | PROCEDURE; **ORDER** |
| BRENDA DUKE ) | |
| ) | |
| Defendant. ) | Hon. Frank C. Damrell, Jr. |
| ) | |

The United States, by and through its attorneys, United States Attorney Benjamin B. Wagner and Assistant U.S. Attorney Jared Dolan, hereby moves to dismiss the Indictment currently pending against defendant Brenda Duke pursuant to Rule 48 of the Federal Rules of Criminal Procedure. This motion is based on the fact that pursuant to the plea agreement involving co-defendant, Douglas Cronin, the sole count alleged in the Indictment alleged against Brenda Duke was to be dismissed upon the sentencing of defendant Cronin. With this court's sentencing of Douglas Cronin on January 25, 2010, this motion is now timely.

///

///

///

```
 1  Dated: February 8, 2010           Respectfully submitted,

 2                                    BENJAMIN B. WAGNER
                                      United States Attorney
 3
                                      By /s/ Jared Dolan
 4
                                      JARED DOLAN
 5                                    Assistant U.S. Attorney

 6

 7       IT IS SO ORDERED.

 8

 9  DATED: February 10, 2010    _____
                                FRANK C. DAMRELL, JR.
10                              UNITED STATES DISTRICT JUDGE
```

2